AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
v.
Derrick Isom

**APPEARANCE**

Case Number: CR06-106-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Derrick Isom

I certify that I am admitted to practice in this court.

10/10/06
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number