**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 06-106-01S** |
| | ) | |
| | ) | **Information pursuant to** |
| **v.** | ) | **21 U.S.C. § 851** |
| | ) | |
| | ) | |
| **DERRICK ISOM** | ) | |

**INFORMATION CHARGING PRIOR CONVICTION**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, DERRICK ISOM, who was charged by the United States Grand Jury in the District of Rhode Island on the 4th day of October, 2006 in Count One of the indictment with conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 846, and in Count Two of the indictment with possession with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), of having been previously convicted of a felony drug offense as described below:

DERRICK ISOM was convicted in Providence County (Rhode Island) Superior Court (case number P2-1996-4316A) of manufacture/delivery of a Schedule I/II controlled substance and conspiracy to violate the Controlled Substance Act, felony drug offenses under state law.

WHEREFORE, the United States of America gives notice under

21 U.S.C. § 851 that Defendant DERRICK ISOM, has previous convictions for felony drug offenses and therefore is subject to a fine of not more than eight million dollars, a term of imprisonment of not less than twenty years and not more than life, and a term of supervised release of at least ten years on Count One and Count Two of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on December 1, 2006, a copy of the within “Information Charging Prior Conviction” was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy and Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj