**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-106-01S** |
| | ) | |
| **DERRICK ISOM** | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes the accused, Derrick Isom, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for March 16, 2007 for an additional sixty (60) days.

The reason for the request of a continuance, is that the defendant has requested that defense counsel look at and review additional mitigating issues that would assist the defendant at sentencing. Defense counsel notes that pursuant to the pre-sentence report, the defendant is looking at a sentence of a minium of 240 months. The government, through AUSA Sandra Beckner, indicates it has no objection to the granting of this motion.

Respectfully submitted
Derrick Isom
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and Heather McLoughlin, USPO on the 21st day of February 2007.

/s/ Mary S. McElroy