**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-106-01S** |
| | ) | |
| **DERRICK ISOM** | ) | |

---

**MOTION TO ENLARGE TIME FOR**
**FILING OBJECTIONS TO PRE-SENTENCE REPORT**

Now comes the accused, Derrick Isom, by and through his counsel, and moves this Honorable Court to enlarge the time for filing objections to the pre-sentence report in this matter from February 23, 2007 to March 9, 2007. In support of this request, counsel states that the additional time is needed to further investigate and research the defendant's criminal history as outlined in the pre-sentence report.

The government, through AUSA Sandra Beckner, has indicated it has no objection to the granting of this request.

Respectfully submitted
Derrick Isom
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and Heather McLoughlin, USPO on the 21st day of February 2007.

/s/ Mary S. McElroy