**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-106-01S** |
| | ) | |
| **DERRICK ISOM** | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Derrick Isom, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for May 18, 2007 for an additional sixty (60) days. Mr. Isom submits the attached memorandum in support of this request.

Respectfully submitted
Derrick Isom
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and Heather McLoughlin, USPO on the 1st day of May, 2007.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-106-01S** |
| | ) | |
| **DERRICK ISOM** | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Isom has moved this Honorable Court to continue the sentencing in this matter currently scheduled for May 18, 2007, for an additional sixty (60) days. Mr. Isom states that the additional time is needed for the government and defense to complete the investigation necessary for sentencing. The government, through AUSA Sandra Beckner, has agreed to this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
Derrick Isom
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and Heather McLoughlin, USPO on the 1st day of May, 2007.

/s/ Mary S. McElroy