**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-106-01S** |
| | ) | |
| **DERRICK ISOM** | ) | |

---

MOTION TO WITHDRAW

NOW COMES the undersigned, Mary S. McElroy, Assistant Federal Public Defender and hereby withdraws her appearance on behalf of the defendant, Derrick Isom. In support of this motion, the undersigned states that a conflict has recently developed with the Federal Public Defender Office relative to this case.

Respectfully Submitted,

/s/ Mary S. McElroy
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that on this 9th day of May 2007, I filed and served by electronic notification, the within motion to the following: Sandra Beckner, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, Heather McLoughlin, USPO, Exchange Terrace, Providence, RI 02903.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-106-01S** |
| | ) | |
| **DERRICK ISOM** | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

The undersigned filed a motion to withdraw in the above-captioned matter and files this memorandum in support of that motion. A conflict has recently developed with the Federal Public Defender Office relative to this case. We respectfully request that substitute counsel be appointed to represent Mr. Isom in this matter.

Respectfully Submitted,

/s/ Mary S. McElroy
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that on this 9th day of May, I filed and served by electronic notification, the within memorandum to the following: Sandra Beckner, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, Heather McLoughlin, USPO, Exchange Terrace, Providence, RI 02903.

/s/ Mary S. McElroy