**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 06-106-01S |
| DERRICK ISOM and | ) | |
| KHALID MASON | ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned hereby enters his appearance on behalf of the defendant DERRICK ISOM, in the above captioned matter.

Dated: May 30, 2007

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com

CERTIFICATE OF SERVICE

I do hereby certify that on May 30, 2007, a copy of the within "Notice of Appearance" was filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was mailed to:

Michael J. Connoly
Hinckley, Allen and Snyder
43 So. Main St.
Concord, NH 03301

s/ *Patrick J. Sullivan*

Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com