**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 06-106-01S |
| DERRICK ISOM | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Derrick Isom, and moves this Honorable Court to continue the sentencing in the matter, currently scheduled for July 20, 2007, for an additional sixty (60) days. Mr. Isom submits the attached memorandum in support of this request.

Dated: July 12, 2007

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com

CERTIFICATE OF SERVICE

I do hereby certify that on July 12, 2007, a copy of the within "Motion to Continue Sentencing" was filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was mailed to:

Michael J. Connoly
Hinckley, Allen and Snyder
43 So. Main St.
Concord, NH 03301

Heather McGloughlin
USPO
10 Weybossett St. 3rd
Providence, RI 02903

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com