**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 06-106-01S |
| DERRICK ISOM | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Derrick Isom, has moved this Honorable Court to continue his sentencing in the above captioned matter, currently scheduled for July 20, 2007, for an additional sixty (60) days. Mr. Isom states that the additional time is needed for the defense to complete the investigation necessary for sentencing, and to complete additional review of the pre sentencing report in light of Mr. Isom's testimony in the Franks hearing on July 11, 2007.

Furthermore, Mr. Isom has requested that his current counsel look at additional mitigating issues that may assist him at sentencing.

Dated: July 12, 2007

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com

CERTIFICATE OF SERVICE

I do hereby certify that on July 12, 2007, a copy of the within "Motion to Continue Sentencing" was filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was served on:

Heather McGlaughlin
USPO

s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com