IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-106S |
| | ) | |
| DERRICK ISOM | ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE AN OBJECTION OUTSIDE THE TIME PERIOD AND RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE

Based upon the defendant's testimony in federal court on July 11, 2007, the government seeks leave to file objections to the presentence report outside the filing deadline. Objections to the presentence report were originally due by February 23, 2007; however, the conduct giving rise to the government's objections did not occur until July 11, 2007. Thus, the government seeks leave to file its objections based upon the defendant's July 11, 2007 testimony at this time.

As an additional matter, the government does not object to a continuance of the sentencing, but the government does object to a continuance of 60 days. The sentencing in this case was continued so as to allow the defendant an opportunity to cooperate. The defendant has now forfeited this opportunity, and there no longer exists any reason to delay the sentencing in this case. The defendant received the presentence report February 7, 2007, his most recent attorney was appointed on May 24, 2007, and both have had ample time to review the presentence report. Accordingly, the government objects to a continuance of the

sentencing beyond July 31, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 9, 2007, I caused the within "Government's Motion for Leave to File an Objection Outside the Time Period and Response to Defendant's Motion for Continuance" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Patrick J. Sullivan
475 Tiogue Avenue
Coventry, RI 02816

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov