UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR 06-106-02S
:
KHALID MASON :

**DEFENDANT KHALID MASON'S PROPOSED VOIR DIRE QUESTIONS**

The Defendant, Khalid Mason, requests the following voir dire questions in the above-captioned case:

1. Would you be inclined to believe the testimony of a police officer, or other law enforcement officer, simply because of the witness's status as a law enforcement official?

2. The Defendant in this case is a thirty year-old African American male who stands accused by the Government of unlawful distribution of crack cocaine. Does the nature of these allegations lead you to think that the Defendant is probably guilty of the charged offense?

3. If a witness with a criminal record were to testify in this case, would you give the testimony of that witness fair consideration? Or, would you be inclined to give the testimony of such a witness less credibility?

4. Do you believe that African American males between the ages of twenty and thirty, simply by the virtue of their race and age, are more likely to be crack cocaine dealers than other people?

5. Do you believe that simply because someone has committed a crime, or been convicted of a crime in the past, that this person is more likely to commit a crime?

6. Do you believe it is possible for a law enforcement officer to engage in corrupt activities?

7. Do you believe it is possible for a lawyer, with significant ties throughout the community, to engage in corrupt activities?

8. Have you ever been the victim of a crime? If so, did it involve drugs?

9. Have you ever been arrested or convicted of a crime of any type? If so, did it involve drugs?

10. Have you or has anyone you know ever been the victim of police corruption?

11. Have you or has anyone you know ever been falsely accused of committing a crime?

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: July 24, 2007

## CERTIFICATION

I hereby certify that on July 24, 2007, a copy of the foregoing Defendant's Proposed Voir Dire Questions were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua