**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 06-106-01S |
| DERRICK ISOM | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Derrick Isom, the defendant, has moved this Honorable Court to continue his sentencing in the above captioned matter, currently scheduled for September 6, 2007, for an additional sixty (60) days. Mr. Isom states that the additional time is needed for the defense to shift its strategy to redress the grievances he has suffered as a result of entering into a plea agreement without having had the benefit of complete discovery compliance by the government. This strategy may include a Motion to Withdraw Plea by the defendant prior to sentencing.

The astonishing discovery of new evidence, the existence of which and the collection of which, is in direct conflict with the testimony elicited at the *Franks* hearing from Sgt. Scott Partridge with respect to Isom's co-defendant Khalid Mason (and which further caused the government to dismiss the charges against the co-defendant Khalid Mason) has caused Mr. Isom to explore avenues to withdraw his plea of guilty. Rule 11(d)(2) allows withdrawal of his plea *prior to* sentencing for "a fair and just reason".

If the sentencing is to continue as expected on September 6, 2007, Mr. Isom will be prejudiced in the event the Court fails to rule on his Motion to Withdraw Plea, which has yet to be filed.

Dated: August 21, 2007

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com

CERTIFICATE OF SERVICE

I do hereby certify that on August 21, 2007, a copy of the within "Motion to Continue Sentencing" with accompanying memorandum was filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was mailed to:

Michael J. Connoly
Hinckley, Allen and Snyder
43 So. Main St.
Concord, NH 03301

Heather McGloughlin
USPO
10 Weybossett St. 3rd
Providence, RI 02903

CERTIFICATE OF SERVICE

I do hereby certify that on July 12, 2007, a copy of the within "Motion to Continue Sentencing" was filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was served on:

Heather McGlaughlin
USPO

s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com