IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 06-106-01S
)
DERRICK ISOM )

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

While the government does not agree with the assertions made in the defendant's motion and attached memorandum in support as they pertain to the withdrawal of his guilty plea, in light of the defendant's detained status, the government does not object to a continuance of the defendant's sentencing for 60 days or less.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 23, 2007, I caused the within "Government's Response to Defendant's Motion for Continuance" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Patrick J. Sullivan
505 Tiogue Avenue, Suite 3
Coventry, RI 02816

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov