**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. )
) Cr. No. 06-106-01S
DERRICK ISOM )

---

MOTION TO WITHDRAW PLEA OF GUILTY AND VACATE SENTENCING DATE

Now comes the Defendant, Derrick Isom, and moves this Honorable Court allow him to withdraw his plea of guilty in the above captioned matter pursuant to the Federal Rules of Criminal Procedure Rule 11(d)(2) for a fair and just reason, and as such, vacate the sentencing date currently set for December 7, 2007.

Mr. Isom avers that the Government's handling of this case, for both him and his co defendant Khalid Mason was botched from the outset. Mr. Isom entered a plea of guilty without having much of the discovery requested in this matter. Furthermore, Mr. Isom, who constantly and loudly has proclaimed his innocence, continues to do so. This combined with not only the decision from the Franks hearing, but the newly discovered evidence at a home of the affiant of the search warrant, compels Mr. Isom to allow him to proceed to trial and withdraw his plea of guilty.

Mr. Isom submits the attached memorandum in support of this request.

Dated: November 20, 2007

/s/ *Patrick J. Sullivan*

Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com

CERTIFICATE OF SERVICE

I do hereby certify that on November 20, 2007, a copy of the within "Motion Withdraw Plea" was filed electronically and is available for viewing and downloading from the ECF system. I also certify that a copy was mailed to:

Michael J. Connoly
Hinckley, Allen and Snyder
43 So. Main St.
Concord, NH 03301

Heather McGloughlin
USPO
10 Weybossett St. 3rd
Providence, RI 02903

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com