IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-106S
vs. )
)
)
DERRICK ISOM

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Derrick Isom, CR06-106S.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U. S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5002
kenneth.madden@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, I caused the within Notice of Appearance to be filed electronically and is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Patrick Sullivan, Esquire
Sullivan & Sullivan
475 Tiogue Avenue
Coventry, Rhode Island 02816

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U. S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5002
kenneth.madden@usdoj.gov