IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-106S |
| | ) | |
| DERRICK ISOM | ) | |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves for an extension of time to respond to the Defendant's Motion To Withdraw Plea Of Guilty And Vacate Sentencing Date. The defendant filed his motion on November 20, 2007. The government's response is due November 30, 2007.

For grounds, the government states that the lead trial prosecutor is away from the office. The undersigned Assistant U. S. Attorney needs additional time to review the transcript of the defendant's change of plea, to review the transcript of the defendant's testimony, and to conduct legal research. A two-week extension is requested.

As the defendant has entered a plea of guilty and is awaiting sentencing, the Speedy Trial Act is not implicated.

Wherefore, the government requests that its motion be granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 29th day of November, 2007, I electronically filed and served the Within Government's Motion For An Extension Of Time on:

Patrick J. Sullivan, Esq.
Law Offices
505 Tiogue Avenue, Suite 3
Coventry, RI 02816

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680