**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 06-106-01S |
| DERRICK ISOM | ) | |

---

AMENDED NOTICE OF APPEAL

Now comes the Defendant, Derrick Isom, and hereby appeals to the United States Court of Appeals for the First Circuit from a February 26, 2008 judgment of conviction and sentencing of the defendant by the District Court (Smith, J.), and from the denial of the defendant's Motion for Withdrawal of Plea (Smith, J.) dated December 13, 2008.

Dated: March 7, 2008

/s/ *Patrick J. Sullivan*
Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com

CERTIFICATE OF SERVICE

I do hereby certify that on March 7, 2008, a copy of the within "Notice of Appeal" was filed electronically and is available for viewing and downloading from the ECF system.

/s/ *Patrick J. Sullivan*

Patrick J. Sullivan #5383
505 Tiogue Ave., Suite 3
Coventry, RI 02816
401-823-7991
401-823-4040 fax
Patrick@sullivan-attorneys.com