UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA    CA No. 06-106-01 S

Government

v    PROVIDENCE, RI

OCTOBER 13, 2006

DERRICK ISOM

Defendant

BEFORE MAGISTRATE JUDGE LINCOLN D. ALMOND

APPEARANCES:

FOR THE GOVERNMENT:    SANDRA BECKNER, ATTY.
U. S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 03903
401-709-5000

FOR THE DEFENDANT:    MARY S. McELROY, ATTY.
Fed. Public Defender's Office
10 Weybosset St.
Suite 300
Providence, RI 02903
401-528-4281

OCTOBER 13, 2006

THE COURT: We're here in the matter of the United States of America vs Derrick Isom, Case No. CR 06-106-01 S. We're here today for a bail hearing. This defendant previously appeared before me on an arraignment on an indictment charging him with drug trafficking and conspiracy to engage in drug trafficking. Will counsel who are here today identify themselves for the record, please?

MS. BECKNER: Sandra Beckner for the United States.

MS. McELROY: Mary McElroy on behalf of Mr. Isom.

THE COURT: I'll hear from the Government first.

MS. McELROY: Your Honor, I've discussed with my client and Ms. Beckner, and at this time he's going to waive his right to have a hearing. Obviously circumstances changed since. With permission, I would go back to the Government and to the Court.

THE COURT: All right. Mr. Isom, you do have a right to have a full bail hearing today. Because of the nature of the charges against you, those charges create a rebuttable presumption that there are no conditions of release that I could set that would

reasonably assure the safety of the community or your appearance in the future. The burden would be on you and your attorney to rebut that presumption and show me that your case is somewhat different and that you should be released. I'm fully prepared to go forward and hear from your attorney today as to whether she believes bail is warranted, and the conditions of bail. She's indicated that you wish to waive your right today to a bail hearing and to remain detained, is that correct, sir?

DEFENDANT: Yes.

THE COURT: All right. If at some point in the future your attorney believes there's a change in circumstances which would cause me to reconsider detaining you pending trial in this matter, she can file a motion for reconsideration of bail. If she does that, I will promptly schedule a hearing and have you brought in and she can make an argument on your behalf at that point. Do you understand that, sir?

DEFENDANT: Yes.

THE COURT: I am required by the Bureau to indicate my findings. I'm going to issue a detention order in your case today. Although you have strong ties to Rhode Island, ties going back a long way, I do note that you have a fairly lengthy criminal record,

also, which includes past instances where you've been found to be in violation of probation in the past which cuts against you in terms of getting bail in this particular matter. So viewing your entire criminal history, as well as your personal history, I find that on balance there's not a sufficient showing made at this time to rebut that presumption. So I'm going to order that you remain detained pending further proceedings in this case, subject, as I stated earlier, to your attorney moving for reconsideration and having a hearing in the future. All right. Anything further we need to deal with today in this case, Ms. Beckner?

MS. BECKNER: No, your Honor.

THE COURT: Ms. McElroy?

MS. McELROY: No, thank you, your Honor.

THE COURT: All right. I order that the defendant remain detained in the custody of the Attorney General or his designee pending further proceedings in this matter. The Court will stand in recess.

(RECESS)

C E R T I F I C A T I O N

I, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

/sJoseph A. Fontes/

JOSEPH A. FONTES, COURT REPORTER

MAY 31, 2008

DATE